UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHELE RAYNER-ALTENBERND,

       Plaintiff,                              Case No. 1:23-cv-11207

v.                                             Honorable Thomas L. Ludington
                                                       United States District Judge
DANIEL GILBERT, et al.,

       Defendants.
_____/

**ORDER OF VOLUNTARY DISMISSAL**

On May 22, 2023, Plaintiff Michael Rayner-Altenbernd filed a derivative securities suit against Rocket Companies, Inc. and several of its executives. ECF No. 1. But the case was stayed in October 2023 pending the resolution of a related putative class action, *see* ECF No. 32, which was recently dismissed upon the parties' stipulation. *See Constr. Laborers Pension Tr. for S. Cal. v. Rocket Companies, Inc.*, Case No. 1:21-cv-11528 (E.D. Mich. July 28, 2025). So, on August 1, 2025, Plaintiff filed a notice voluntarily dismissing her claims without prejudice. ECF No. 33.

Accordingly, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE.**

    **This is a final order and closes this case.**

Dated: August 6, 2025                                            s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge